## EX PARTE ROY C. FLOWERS.

No. 20992. Delivered February 7, 1940.

The opinion states the case.

*W. W. Ballard,* of Wichita Falls for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Resisting an extradition warrant directing his return to Oklahoma appellant obtained a writ of habeas corpus.

Apparently appellant is appealing from an order remanding him. However, from the record before us no remanding

order or judgment appears; neither is there any notice of appeal found in the record.

Both the judgment and notice are necessary to confer jurisdiction on this court. Ex parte Davis 105 Tex. Cr. R. 146, 287 S. W. 246.

The appeal is dismissed.